IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **RONALD D JAGGERS,** § § § **Plaintiff,** § § **v.** § § **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** § § § § **Defendant.** | **CIVIL ACTION NO. 6:16-CV-01127-RC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Ronald Jaggers filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the case dismissed with prejudice. (Dkt. No. 20.) The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Neither party has filed any objections within the prescribed time period for filing objections. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and that the case is **DISMISSED** with prejudice.

**So Ordered and Signed**
Jan 10, 2018

_____
Ron Clark, United States District Judge